UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNY HWANG, on behalf of herself and all others similarly situated, | Docket No: 1:23-cv-2215 |
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| -against- | |
| YUMIKO USA, LLC. | |
| Defendant. | |

Now comes the Plaintiff JENNY HWANG, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

1. A settlement in principle has been reached between Plaintiff and Defendant and settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and certain conditions have been fulfilled pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice, and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. The parties respectfully request that the Court stay this case for 45 days, until August 28th, and adjourn all deadlines and conferences.

Dated:   Hicksville, New York
         July 24, 2023

Respectfully submitted,

/s/ *Mars Khaimov*

Mars Khaimov, Esq.
Mars Khaimov Law, PLLC
100 Duffy Avenue, Suite 510
Hicksville, New York 11801
mars@khaimovlaw.com